**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2004

CHRISTOPHER TYLER LONG; CHRISTOPHER EMMETT LONG; EDY LONG,

Plaintiffs - Appellants,

v.

M&M TRANSPORTATION, LLC; MILLER & SONS AUTO AND TRUCK
REPAIR, INC.; KEVIN E. MILLER; KENNETH ANDREW MILLER, JR.;
PEGGY MILLER,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh, Chief
District Judge.  (3:13-cv-00065-GMG-RWT)

Submitted:  April 30, 2015                Decided:  May 22, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher James Regan, J. Zachary Zatezalo, Laura P. Pollard,
BORDAS & BORDAS, PLLC, Wheeling, West Virginia, for Appellants.
Tracey A. Rohrbaugh, Julie R. Shank, BOWLES RICE, LLP,
Martinsburg, West Virginia; Stephen M. Houghton, DICKIE, MCCAMEY
& CHILCOTE, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Tyler Long, Christopher Emmett Long, and Edy Long appeal the district court's order denying their motion for partial summary judgment and granting Appellees' revised motion for summary judgment. We have reviewed the parties' briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Long v. M&M Transp., LLC, No. 3:13-cv-00065-GMG-RWT (N.D.W. Va. Sept. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED